UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARON D MILLER,

Plaintiff,

-against-

NEW YORK CITY FIRE DEPARTMENT,

Defendant.

26-cv-4433 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 20, 2026, order, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 27, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge